AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN L. SCHLABACH,

                Plaintiff,

                              JUDGMENT IN A CIVIL CASE

        v.

UNITED STATES OF AMERICA,             CASE NUMBER: CV-12-618-JLQ

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice and the claims therein without costs or attorney fees to any party.

| April 15, 2013 | SEAN F. McAVOY |
|---|---|
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |